**[J-29-2021]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| RICKI PINKINS, | : | No. 25 WAP 2020 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court entered May |
| | : | 11, 2020 at No. 793 CD 2019, |
| v. | : | affirming the Order of the Board of |
| | : | Probation and Parole mailed May |
| | : | 20, 2019 at Parole No. 4647-P. |
| PENNSYLVANIA BOARD OF PROBATION | : | |
| AND PAROLE, | : | SUBMITTED:  March 5, 2021 |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 21st day of July, 2021, the Application to Dismiss as Moot filed by the Pennsylvania Board of Probation and Parole is hereby **GRANTED**, and the appeal is **DISMISSED AS MOOT**.